April 5, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

RALPH O. DOUGLAS, Appellant

NO. 14-11-00527-CV                          V.

THE HONORABLE TEXAS BOARD OF PARDONS AND PAROLES, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, The Honorable Texas Board of Paroles and Pardons, signed June 2, 2011, was heard on the transcript of the record. The record shows that the judgment is not final. We therefore order the appeal **DISMISSED**.

We further order this decision certified below for observance.